IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18cv379

| | | |
|---|---|---|
| CARLOS JACKSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| QBE AMERICAS, INC., GREG BLASKA, et al., | ) | |
|     Defendants. | ) | |

This matter is before the Court upon its own motion. The *Roseboro* Order entered by this Court on August 13, 2018 is hereby VACATED.

Signed: August 14, 2018

Graham C. Mullen
United States District Judge